UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN RYAN ORTIZ,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. 1:14-cv-701-BAM<br><br>**ORDER TO STRIKE DUPLICATIVE FILINGS**<br><br>(Docs. 10, 11 and 13 ) |

On November 7, 2014, Plaintiff Nathan Ortiz filed a "Notice of Withdrawal" indicating that three documents: (1) a proof of service of a confidential letter mistitled as a "summons returned executed" (Doc. 10), (2) a consent to magistrate jurisdiction (Doc. 11), and (3) a "certificate of service of Katina Ann Parker's confidential letter brief" (Doc. 13), were inadvertently and mistakenly filed. Given that these documents are duplicative of items already filed on the docket or unrelated to this case, these documents should be disregarded.

Accordingly, the Court HEREBY ORDERS those Documents 10, 11, and 13 be STRICKEN as unnecessary and duplicative.

IT IS SO ORDERED.

Dated:   **November 14, 2014**           /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

1