Vijay J. Patel
Attorney at Law: 285585
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
NATHAN RYAN ORTIZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN RYAN ORTIZ ) | Case No.: 1:14-cv-00701-BAM |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO EXTEND TIME |
| CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security. ) | |
| Defendant. ) | |

TO THE HONORABLE BARBARA A. MCALUIFFE, UNITED STATES DISTRICT COURT -, MAGISTRATE JUDGE OF THE DISTRICT COURT:

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting Commissioner as the Commissioner.

1     IT IS HEREBY STIPULATED by and between the parties, through their
2  respective counsel, that Plaintiff shall have a 30-day extension of time, to and
3  including February 11, 2015, in which to file his opening brief.  This request is
4  made at the request of Plaintiff's counsel to allow additional time to fully research
5  the issues presented.

6  DATE: January 12, 2015          Respectfully submitted,
7                                  LAWRENCE D. ROHLFING
8                                    /s/ *Vijay J. Patel*
9                          BY: _____
                                Vijay J. Patel
10                              Attorney for plaintiff Mr. Nathan Ryan Ortiz

11 DATE:  January 12, 2015         BENJAMIN WAGNER
                                    United States Attorney
12                                  /s/ *Mr. Jeffrey T. Chen*
13                         BY: _____
                                Mr. Jeffrey T. Chen
14                              Special Assistant United States Attorney
                                Attorneys for defendant Carolyn W. Colvin
15                              |*authorized by e-mail|

16
17                                **ORDER**

    Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY
18 ORDERED, that Plaintiff shall have an extension of time, to and including February 11, 2015, in
19 which to file Plaintiff's Opening Brief in Support of Plaintiff's Complaint; and that all other
20 deadlines set forth in the May 27, 2014 Case Management Order shall be extended accordingly.
21 IT IS SO ORDERED.
22
23 Dated:  **January 13, 2015**          /s/ *Barbara A. McAuliffe*
24                                       UNITED STATES MAGISTRATE JUDGE
25
26