Vijay J. Patel
Attorney at Law: 285585
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
NATHAN RYAN ORTIZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN RYAN ORTIZ ) | Case No.: 1:14-cv-00701-BAM |
| Plaintiff, ) | STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF |
| v. ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. ) | |
| Defendant. ) | |

Plaintiff Nathan Ryan Ortiz and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 45 days from February 11, 2015 to March 28, 2015 for Plaintiff to file a opening brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's second request for an extension. This request is

-1-

made at the request of Plaintiff's counsel to allow additional time for settlement in this matter.

DATE: February 11, 2015　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　LAWRENCE D. ROHLFING

　　　　　　　　　　　　　　　/s/ *Vijay J. Patel*

　　　　　　　　BY: _____
　　　　　　　　　　Vijay J. Patel
　　　　　　　　　　Attorney for plaintiff Mr. Nathan Ryan Ortiz

DATE:  February 11, 2015

　　　　　　　　　　　　　　　BENJAMIN WAGNER
　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　/s/ *Jeffrey T. Chen*

　　　　　　　　BY: _____
　　　　　　　　　　Jeffrey T. Chen
　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　Attorneys for defendant Carolyn W. Colvin
　　　　　　　　　　|*authorized by e-mail|

## **ORDER**

　　　Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Plaintiff shall have a forty-five day extension of time, to and including March 28, 2015, in which to file Plaintiff's Opening Brief in Support of Plaintiff's Complaint; and that all other deadlines set forth in the May 27, 2014 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

　　Dated:　**February 13, 2015**　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE