# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| NATHAN RYAN ORTIZ, | Case No.: 1:14-cv-00701-BAM |
| Plaintiff, | |
| vs. | ORDER OF DISMISSAL |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the stipulation of the parties filed on March 2, 2015 (Doc. 21), this case is dismissed pursuant to Rule 41(a)(1)(A)(ii) with prejudice, each party to bear its own fees, costs, and expenses. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **March 4, 2015**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE